## United States Bankruptcy Court
### Eastern District of Arkansas

In re  **Marshal Edward Price**
**LaShandra Demetria Austin**

Case No.

Chapter   **13**

Debtor(s)

# Arkansas Chapter 13 Plan
## (Local Form 13-1)

**Original Plan** ☑      **Amended Plan** ☐

**For an amended plan, all applicable provisions must be repeated from the previous plan(s). Provisions may not be incorporated by reference from previously filed plan(s).**

List below the sections of the plan that have been changed:

State the reason(s) for the amended plan, including any changes of circumstances below. If creditors are to be added, please complete Addendum A as well as file any appropriate amended schedules.

The Amended Plan is filed:   ☐ Before confirmation
                              ☐ After confirmation

## Part 1: Notices

**To Debtor(s):**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

**Original plans and amended plans must have matrix(ces) attached or a separate certificate of service should be filed to reflect service in compliance Fed. R. Bankr. P. 2002.**

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.** You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file a written objection to confirmation with the United States Bankruptcy Court either electronically (if filer is approved for electronic filing) or at the following addresses:

- **For Eastern District cases** (Batesville, Helena, Jonesboro, Little Rock, or Pine Bluff Divisions): United States Bankruptcy Court, 300 West 2nd Street, Little Rock, AR 72201

- **For Western District cases** (El Dorado, Fayetteville, Fort Smith, Harrison, Hot Springs, or Texarkana Divisions): United States Bankruptcy Court, 35 E. Mountain Street, Fayetteville, AR 72701

**The objection should be filed consistent with the following timelines:**

☑ **Original plan filed** *at the time* **the petition is filed:** Within 14 days after the 341(a) meeting of creditors is concluded.

☐ **Original plan filed** *after* **the petition is filed or amended plan (only if filed prior to the 341(a) meeting):** Within the *later* of 14 days after the 341(a) meeting of creditors is concluded or 21 days after the filing of the plan.

☐ **Amended plan:** Within 21 days after the filing of the amended plan.

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                    Case No.

**The court may confirm this plan without further notice if no objection to confirmation is timely filed.**

The following matters may be of particular importance. ***Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.4, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ **Not included** |
| 1.2 | Nonstandard plan provisions, set out in Part 8. | ☐ Included | ☑ **Not included** |

## Part 2: Plan Payments and Length of Plan

**2.1     The debtor(s) will make regular payments to the trustee as follows:**
*Inapplicable portions below need not be completed or reproduced.*

**Original plan:** The debtor(s) will pay $**2,055.00** per month to the trustee. The plan length is **60** months.
      The following provision will apply if completed:

      Plan payments will change to $__ per month beginning on __.

      Plan payments will change to $__ per month beginning on __.
            *(Use additional lines as necessary)*

The debtor(s) will pay all disposable income into the plan for not less than the required plan term, or the applicable commitment period, if applicable, unless unsecured creditors are being paid in full (100%). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2     Payments shall be made from future income in the following manner:**

      Name of debtor  **Marshal Edward Price**
      ☐ Direct pay of entire plan payment or ____ (portion of payment) per month.

      ☑ Employer Withholding of $**2,055.00** per month

            Payment frequency: ☐ monthly, ☐ semi-monthly, ☐ bi-weekly, ☑ weekly, ☐ Other
            If other, please specify:____

| | |
|---|---|
| Employer name: | Estes Express Lines |
| Address: | Attn: Payroll Dept. |
| | P.O. Box 25612 |
| | Richmond, VA 23260 |
| Phone: | 501-490-1714 |

      Name of debtor **LaShandra Demetria Austin**

      ☐ Direct pay of entire plan payment or ____ (portion of payment) per month.

      ☐ Employer Withholding of $_____ per month.

            Payment frequency: ☐ monthly, ☐ semi-monthly, ☐ bi-weekly, ☐ weekly, ☐ Other

Arkansas Plan Form - 8/18                                                                                    Page  2

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                                    Case No.

If other, please specify:_____
Employer name:                    _____
Address:                          _____
                                  _____
Phone:                            _____

**2.3**    **Income tax refunds.**

*Check one.*
☑ Debtor(s) will retain income tax refunds received during the plan term and have allocated the refunds in the budget.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐ Debtor(s) will treat income tax refunds as described below. The debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing.

**2.4**    **Additional payments.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

☐ To fund the plan, debtor(s) will make additional payment(s) to the trustee from other sources, as specified below. Describe the source, estimated amount, and date of each anticipated payment.

## Part 3: Treatment of Secured Claims

**3.1**    **Adequate Protection Payments.**
*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☑ The debtor(s)' plan payment to the trustee will be allocated to pay adequate protection payments to secured creditors as indicated below. The trustee shall be authorized to disburse adequate protection payments upon the filing of an allowed claim by the creditor. Preconfirmation adequate protection payments will be made until the plan is confirmed. Postconfirmation adequate protection payments will be made until administrative fees are paid (including the initial attorney's fee). Payment of adequate protection payments will be limited to funds available.

| Creditor and last 4 digits of account number | Collateral | Monthly payment amount | To be paid |
|---|---|---|---|
| Otter Creek Homeowners Assoct. | 10 Pear Tree Place Little Rock, AR 72210  Pulaski County- Homeowners - | 20.00 | ☑ Preconfirmation<br>☐ Postconfirmation |
| United Arkansas Fcu 0003 | 2014 Ford Flex | 100.00 | ☑ Preconfirmation<br>☐ Postconfirmation |

Arkansas Plan Form - 8/18                                                    Page  3

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                           Case No.

| Creditor and last 4 digits of account number | Collateral | Monthly payment amount | To be paid |
|---|---|---|---|
| US Bank Home Mortgage | (2nd Mortgage) 10 Pear Tree Place Little Rock, AR 72210  Pulaski County | 100.00 | ☑ Preconfirmation ☐ Postconfirmation |

**3.2**     **Maintenance of payments and cure of default (long term-debts, including debts secured by real property that debtor(s) intend to retain).**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, including any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. The debtor(s) will resume payments to the creditors upon completion of the plan, pursuant to the terms of the respective agreements. Any existing arrearage will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated.

The current contractual installment payments for real estate may be increased or decreased, and the plan payment increased, if necessary, based upon information provided by the creditor and upon the absence of objection from the debtor(s) under applicable rules. Unless otherwise ordered by the court, the amounts listed on a filed and allowed proof of claim will control over any contrary amounts listed below as to the current installment payment and arrearage amount. **If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.**

| Creditor and last 4 digits of account number | Collateral | Monthly installment payment | Monthly installment payment disbursed by | Estimated arrearage amount | Monthly arrearage payment | Interest rate, if any, for arrearage payment |
|---|---|---|---|---|---|---|
| US Bank Home Mortgage | 10 Pear Tree Place Little Rock, AR 72210 Pulaski County (inside plan) | 1,252.79 | ☐ Debtor(s) ☑ Trustee | 12,000.00 | 200.00 | 0.00% |

**3.3**     **Secured claims excluded from 11 U.S.C. § 506 (non-506 claims).**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ Claims listed in this subsection consist of debts that were:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s) ("910 car claims"), or
(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value ('PMSI within one year").

The creditors below will retain their liens and secured claims will be paid in full under the plan at the monthly payment and interest at the rate stated below. Unless otherwise ordered by the court, the claim amounts listed on a filed and allowed proof of claim will control over any contrary amounts listed below, except as to value, interest rate and monthly payment.

| Creditor and last 4 digits of account number | Collateral | Purchase date | Debt/estimated claim | Value of collateral | Interest rate | Monthly payment |
|---|---|---|---|---|---|---|
| | | | | | | |

Arkansas Plan Form - 8/18                                                                 Page  4

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                    Case No.

| Creditor and last 4 digits of account number | Collateral | Purchase date | Debt/estimated claim | Value of collateral | Interest rate | Monthly payment |
|---|---|---|---|---|---|---|
| **Otter Creek Homeowners Assoct.** | **Homeowners Associations Dues- 10 Pear Tree Place Little Rock, AR 72210 Pulaski County-** | | 2,376.39 | 155,000.00 | 0.00% | 39.61 **Post Petition will be paid by the debtor directly.** |
| United Arkansas FCU | **2014 Ford Flex** | | 14,032.00 | 15,500.00 | 6.00% | 271.28 |
| **US Bank Home Mortgage** | **2ND MORTGAE 10 Pear Tree Place Little Rock, AR 72210 Pulaski County** | | 4,367.28 | 155,000.00 | 6.00% | 84.43 |

3.4     **Claims for which § 506 valuation is applicable. Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

   *Check one.*
   ☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5     **Surrender of collateral.**

   ☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6     **Secured claims not provided treatment.** In the event that a secured claim is filed and allowed that is not provided treatment in the plan, the trustee shall pay such creditor the claim amount *without interest* after this plan in all other respects has been completed.

## Part 4: Treatment of Fees and Priority Claims

4.1     **General.**
   Trustee's fees and all allowed priority claims, including domestic support obligations, will be paid in full without postpetition interest.

4.2     **Trustee's fees.**

   The trustee's fees are governed by statute and may change during the course of the case.

4.3     **Attorney's fees.**
   The attorney's fee is subject to approval of the court by separate application. The following has been paid or will be paid if approved by the court:

   | | | |
   |---|---|---|
   | Amount paid to attorney prior to filing: | $ | 0.00 |
   | Amount to be paid by the Trustee: | $ | 4,025.00 |
   | Total fee requested: | $ | 4,025.00 |

Arkansas Plan Form - 8/18

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                      Case No.

Upon confirmation, the attorney shall receive an initial fee as provided in the application and approved by the court from funds paid by the debtor(s), after administrative costs have been paid. The remaining fee will be paid at the percentage rate of the total disbursed to creditors each month provided in the application approved by the court.

The initial fee and percentage rate requested in the application are $ __1,500.00__ and __25.00__ %, respectively.

**4.4      Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5      Domestic support obligations.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: <u>Treatment of Nonpriority Unsecured Claims</u>

**5.1      Nonpriority unsecured claims.**
Allowed nonpriority unsecured claims shall be paid at least as much as they would receive if the debtor(s) filed a Chapter 7 case. **Allowed nonpriority unsecured claims shall be paid in full (100%) unless a different treatment is indicated below**. For above median income debtor(s), the distribution to unsecured creditors includes any disposable income pool (monthly disposable income times 60 months) from Form 122C-2, unless the debtor(s) are unable to meet the disposable income pool based on the following circumstances: ____

*Check one, if applicable*
☑ A PRORATA dividend, including disposable income pool amounts, if applicable, from funds remaining after payment of all other classes of claims; or

☐ Other, Please specifiy ____

**5.2      Special nonpriority unsecured claims and other separately classified nonpriority unsecured claims.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3      Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## Part 6: <u>Contracts, Leases, Sales and Postpetition Claims</u>

**6.1      Executory Contracts and Unexpired Leases.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**6.2      Sale of assets.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*

Arkansas Plan Form - 8/18                                                        Page **6**

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                   Case No.

**6.3**     **Claims not to be paid by the trustee.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 6.3 need not be completed or reproduced.*

**6.4**     **Postpetition claims.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 6.4 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1**     **Property of the estate will vest in the debtor(s) upon:**

*Check the applicable box.*

☐ plan confirmation

☑ entry of discharge

☐ other: _____

## Part 8: Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of § 6.4 need not be completed or reproduced*

## Part 9: Signatures

By filing this document, the attorney for the debtor(s) or the debtor(s) themselves, if not represented by an attorney, certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in plan form used in the Eastern and Western Districts of Arkansas, other than any nonstandard provisions included in Part 8.

**/s/ Chris Foster**
_____          Date  **May 15, 2019**
                                                          _____
**Chris Foster 2000174**
**Signature of Attorney for Debtor(s)**

**/s/ Marshal Edward Price**
_____          Date  **May 15, 2019**
                                                          _____
**Marshal Edward Price**
**/s/ LaShandra Demetria Austin**
_____          Date  **May 15, 2019**
                                                          _____
**LaShandra Demetria Austin**
**Signature(s) of Debtor(s)**
**(required if not represented by an attorney;**
**otherwise optional)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                          Case No.

## <u>Addendum A - For Amended Plans</u>

## <u>Listing of Additional Creditors and Claims for Plan Purposes</u>

Note: While additional creditors may be listed on Addendum A, the debtor(s) also must file amended schedules as appropriate.

**A.1**     **Prepetition Nonpriority Unsecured Claims**

The following are creditors with prepetition nonpriority unsecured claims that are added to the plan. These creditors will be provided treatment as described in Part 5.1 of the plan.

| Name and address of creditor | Last four digits of account number | Nature of debt and date incurred | Amount of debt |
|---|---|---|---|
| **-NONE-** | | | |

**A.2**     **Postpetition Nonpriority Unsecured Claims**

The following are creditors with postpetition nonpriority unsecured claims pursuant to 11 U.S.C. §§ 1305 and 1322(b)(6) that are added to the plan by the debtor(s). The creditors listed below are entitled to participate in the debtor(s)' bankruptcy case at the election of the creditor.

**A creditor may elect to participate in the plan by filing a proof of claim for the postpetition claim. The claim will be treated as though the claim arose before the commencement of the case and will be provided treatment as described in Part 5.1 of the plan. Upon completion of the plan and case, any unpaid balance of such claim may be subject to discharge.**

| Name and address of creditor | Last four digits of account number | Nature of debt and date incurred | Amount of debt | Approval to incur obtained from trustee or court |
|---|---|---|---|---|
| **-NONE-** | | | | Yes<br>No |

Arkansas Plan Form - 8/18                                                                        Page  8

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                                                Case No.

## CERTIFICATE OF MAILING

       The undersigned hereby certifies that a true and correct copy of the attached Chapter 13 Plan filed has been served by CM/ECF to  Joyce Bradley Babin, Chapter 13 Standing Trustee; Charles W. Tucker, Assistant United State Trustee; and served by U.S. Mail, postage prepaid to the following on May 15, 2019:

|  |  |
|---|---|
| Department of Finance and Administration<br>Legal Division<br>PO Box 1272<br>Little Rock, AR 72203 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Department of Workforce Services<br>P. O. Box 1229<br>Little Rock,  AR  72203 | U. S. Attorney, Eastern District<br>P. O. Box 2981<br>Little Rock,  AR 72203 |

And to all creditors whose names and addresses are set forth on the following pages:

Dated:   5/15/19                                                                    /s/ Chris Foster
                                                                                           _____
                                                                                           Chris Foster, Bar No. 2000174
                                                                                           Attorney for Debtor(s)
                                                                                           FOSTER LAW FIRM, P.A.
                                                                                           21941 I-30, Suite 1
                                                                                           Bryant,  AR  72022
                                                                                           Tel: (501) 847-9600
                                                                                           Fax:(501)-847-9604

Arkansas Plan Form - 8/18                                                                            Page  9

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                      Case No.

**Aaron's Rent to Own**
Baseline Road
Little Rock, AR 72206

**Access Crdt**
Pob 250531
Little Rock, AR 72225

**Access Crdt**
Pob 250531
Little Rock, AR 72225

**Access Crdt**
Pob 250531
Little Rock, AR 72225

**AFNI**
P.O. Box 3517
Bloomington, IL 61702-3517

**Asset Acceptance**
Po Box 1630
Warren, MI 48090

**AT&T Mobility**
PO Box 650553
Dallas, TX 75265-0553

**AT&T Uverse**
PO Box 5014
Carol Stream, IL 60197-5014

**Baptist Health Family Clinic**
11001 Executive Center Dr.
Ste. 200
Little Rock, AR 72211

**Capital One Bank**
PO Box 60599
City Of Industry, CA 91716-0599

**Centerpoint Energy Srv**
Po Box 1700
Houston, TX 77251

**Centerpoint Energy Srv**
Po Box 1700
Houston, TX 77251

**Credit One Bank**

Arkansas Plan Form - 8/18                                           Page 10

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                        Case No.

PO box 98873
Las Vegas, NV 89193

**Credit One Bank Na**
Po Box 98875
Las Vegas, NV 89193

**Diversified Consultant**
P O Box 551268
Jacksonville, FL 32255

**Enhanced Recovery Co L**
8014 Bayberry Rd
Jacksonville, FL 32256

**Glelsi/sun Trust Bank**
2401 International Lane
Madison, WI 53704

**Internal Revenue Services**
PO Box 7346
Philadelphia, PA 19101-7346

**James A Penney Dds**
c/o Access Crdt
Pob 250531
Little Rock, AR 72225

**Little Rock Emergency Doctors**
Group
11001 Executive Ctr Dr.,S-200
Little Rock, AR 72211

**Lvnv Funding Llc**
Po Box 1269
Greenville, SC 29602

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Medical College Phys Group**
PO Box 251508
Little Rock, AR 72225-1420

**Micro-Diagnostic Lab, Inc.**
c/o Recievables Management
1200 Salem Rd.
Benton, AR 72019-8340

Arkansas Plan Form - 8/18                                        Page 11

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                        Case No.

**Missouri Higher Educ. Loan**
633 Spirit Drive
Chesterfield, MO 63005-1243

**Mohela**
633 Spirit Dr
Chesterfield, MO 63005

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Nelnet Lns**
Po Box 1649
Denver, CO 80201

**Otter Creek Homeowners Assoct.**
c/o Wright, Lindsey & Jennings
200 W. Capitol Ave., Ste. 2300
Little Rock, AR 72201

**Pleasant Valley Family Clini**
c/o Access Crdt
Pob 250531
Little Rock, AR 72225

**Portfolio Recov Assoc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Portfolio Recov Assoc**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Arkansas Plan Form - 8/18                                        Page 12

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                            Case No.

**Premier Bankcard**
PO Box 2208
Vacaville, CA 95696

**Radiology Consultants**
PO Box 55510
Little Rock, AR 72215-5510

**Receivables Management Corp.**
of America
PO Box 21030
White Hall, AR 71612-1030

**Santander Consumer**
PO Box 961245
Fort Worth, TX 76161-1245

**Sears**
PO Box 183081
Columbus, OH 43218-3081

**Simmons 1st National B**
Pob 7009
Pine Bluff, AR 71611

**Smile Brands, Inc.**
c/o Rgs Financial
1700 Jay Ell Dr Ste 200
Richardson, TX 75081

**Southern Col**
Pob 25006
Little Rock, AR 72221

**Southern Col**
Pob 25006
Little Rock, AR 72221

**Southern Col**
Pob 25006
Little Rock, AR 72221

**Southern Col**
Pob 25006
Little Rock, AR 72221

**Southwestern Bell**
PO Box 769
Arlington, TX 76004

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                    Case No.

**Student Loan Guarantee Found.**
10 Turtle Creek Lane
Little Rock, AR 72202

**UALR**
Office of Student Accounts
2801 S. University
Little Rock, AR 72204

**UAMS**
PBS Slot 612
4301 W. Markham St.
Little Rock, AR 72205

**UAMS**
PBS Slot 612
4301 W. Markham St.
Little Rock, AR 72205

**United Arkansas Fcu**
8405 Interstate 30
Little Rock, AR 72209

**US Bank**
PO Box 790179
Saint Louis, MO 63179-0179

**US Bank Home Mortgage**
4801 Frederica St.
Owensboro, KY 42301

**US Bank Home Mortgage**
4801 Frederica St.
Owensboro, KY 42301

**Us Dep Ed**
Po Box 5609
Greenville, TX 75403

**Us Dept Of Ed/glelsi**
2401 International Lane
Madison, WI 53704

**Us Dept Of Ed/glelsi**
2401 International Lane
Madison, WI 53704

**Us Dept Of Ed/glelsi**
2401 International Lane
Madison, WI 53704

Arkansas Plan Form - 8/18                                          Page 14

Debtor(s) **Marshal Edward Price**
**LaShandra Demetria Austin**                                                    Case No.

**Us Dept Of Ed/glelsi**
2401 International Lane
Madison, WI 53704

**Verizon**
c/o Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy